# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR609-023 |
| | ) | |
| FRANKLIN LAMAR BACON | ) | |

## REPORT AND RECOMMENDATION

On June 15, 2009, the Court ordered a forensic psychological examination of defendant Franklin Lamar Bacon in accordance with 18 U.S.C. § 4241(a) and (b) to assist the Court in determining whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. 35.) Additionally, the Court directed the examiners to determine whether defendant was insane at the time of the charged offense. (*Id.*) Pursuant to the Court's Order, Bacon was transported to the Federal Correctional Institution in Fort Worth, Texas, where he underwent a comprehensive psychological evaluation. His

evaluators found that he is competent to stand trial and was sane at the time of the offense. (Doc. 46.)

Defendant has stipulated to the report's findings. (Doc. 58.) He states that he has no evidence to present at the competency hearing, which was scheduled for December 9, 2009, and he asks to be excused from appearing at that hearing. (*Id.*) Having had the opportunity to interact with the defendant at an earlier hearing, the Court concurs with the forensic report. Accordingly, it is **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this  14th  day of December, 2009.

s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**