UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| FRANKLIN LAMAR BACON, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | Case No. CV615-073 |
|  | ) | CR609-023 |
| WARDEN, Wheeler Correctional Facility, | ) |  |
| Respondent. | ) |  |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 29th day of April, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA